6/10/2015

Dear MR Abel Acosta, clerk

I am WRiting Regarding my pro se petition for discretionary Review, I know it has Been Refused By the courts of Appeals I'm asking that the court's send me a copy because I was not able to make one for my self.

and yes I am indigent

Thank!

Daren Bell
# 1848812

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

9

Rev. 01/14/14